```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 19949
   HUGO B TOBON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-0351


-----------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 07/31/2008 and was not confirmed.

     The case was dismissed without confirmation 11/26/2008.
-----------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
-----------------------------------------------------------------------------
AMERICAN EXPRESS         UNSECURED          23365.38          .00           .00
COMM TR CU               UNSECURED           3391.06          .00           .00
CONDO MANAGEMENT ADVISOR UNSECURED         NOT FILED          .00           .00
GE MONEY BANK            UNSECURED           1795.50          .00           .00
HSBC                     UNSECURED           6697.64          .00           .00
HSBC MENARDS             UNSECURED         NOT FILED          .00           .00
INNAMON COVE CONDO ASSOC NOTICE ONLY       NOT FILED          .00           .00
INDYMAC BANK             CURRENT MORTG           .00          .00           .00
INDYMAC BANK             MORTGAGE NOTI   NOT FILED            .00           .00
INDYMACK BANK            MORTGAGE NOTI   NOT FILED            .00           .00
WACHOVIA BANK            CURRENT MORTG           .00          .00           .00
WACHOVIA BANK            MORTGAGE ARRE      22059.83          .00           .00
WELLS FARGO HOME MORTGAG CURRENT MORTG           .00          .00           .00
INTERNAL REVENUE SERVICE NOTICE ONLY       NOT FILED          .00           .00
WELLS FARGO BANK         MORTGAGE NOTI   NOT FILED            .00           .00
WELLS FARGO HOME MORTGAG SECURED NOT I           .00          .00           .00
INDYMAC BANK             SECURED NOT I           .00          .00           .00
PHILIP A IGOE            DEBTOR ATTY            .00                         .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                          900.00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                 900.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                      900.00
                      --------------       --------------
TOTALS                  900.00                     900.00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 19949 HUGO B TOBON
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/25/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE